UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN D. SMITH,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES FEDERAL COURT,<br><br>    Respondent. | NO. CV 20-4978-RGK (AGR)<br><br>ORDER RE DISMISSAL |

    On May 26, 2020, Petitioner, a state prisoner who is proceeding *pro se*, constructively filed a two-page document entitled "Petition for a Fair and Speedy Trial Section 1381." The Court construes the Petition as a Petition for Writ of Habeas Corpus.

    On July 6, 2020, the Court dismissed the Petition for Wri of Habeas Corpus with leave to file a First Amended Petition for Writ of Habeas Corpus within 30 days after entry of the Order. (Dkt. No. 5.) Petitioner was warned that if he did not file a timely First Amended Petition, this action will be dismissed.

    Petitioner did not file a First Amended Petition or a request an extension of time to do so.

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is dismissed.

**IT IS SO ORDERED.**

DATED: September 16, 2020      _____
                               R. GARY KLAUSNER
                               UNITED STATES DISTRICT JUDGE

2