JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN D. SMITH, | ) | NO. CV 20-4978-RGK (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES FEDERAL COURT, | ) | |
| Respondent. | ) | |

Pursuant to the Order re Dismissal,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed.

DATED: September 16, 2020    _____
R. GARY KLAUSNER
United States District Judge